**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CR2-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **MARROW SOTO CHAVEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

     **THIS MATTER** is before the Court on "Motion Granting Permission To Appear Pro Hac Vice" filed August 8, 2005 on behalf of Defendant Marrow Soto Chavez, which is hereby **GRANTED.**

     The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

     **SO ORDERED**.

Signed: August 15, 2005

_____
Carl Horn, III

Carl Horn, III
United States Magistrate Judge